RICHARD HIBBS v. BOARD OF TRUSTEES, POLICE AND
FIREMEN'S RETIREMENT SYSTEM OF NEW JERSEY.

September 11, 1987.

Petition for certification denied.

ROSE MANOR ESTATES, INC. v. THE BOROUGH OF
WEST PATERSON.

September 11, 1987.

Petition for certification denied.

JOSEPH JACOB v. NEW JERSEY DEPARTMENT OF CORREC-
TIONS AND HOWARD L. BEYER, ADMINISTRATOR,
TRENTON STATE PRISON.

September 11, 1987.

Petition for certification denied.

DAVID HARDGROVE v. BOARD OF EDUCATION OF THE
BRIDGEWATER–RARITAN SCHOOL DISTRICT,
SOMERSET COUNTY.

September 11, 1987.

Petition for certification denied.